UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:18CR129 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Judge John R. Adams |
| COLIN TENNEBAR, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

On August 13, 2018, Defendant Colin Tennebar sought permission from this Court to attend "a business meeting at the offices of Bio2 Medical, Inc., in Golden, Colorado" on August 15, 2018. Doc. 74 at 1. Tennebar asserts in his motion that he "has been summoned to the meeting by Mermaid Medical USA, by whom Defendant is employed as a manufacturer's representative." Doc. 74 at 1. However, in a prior hearing regarding Tennebar reporting for an examination, counsel indicated on more than one occasion that Tennebar was self-employed. "Well, he's in medical equipment sales… Self-employed. Doc. 61 at 14-15. With respect to reporting, Tennebar was advised that he would need to work out the details with his employer. His counsel responded: "He's self-employed." Doc. 61 at 15. Given this representation of self-employment on May 21, 2018, the Court is not inclined to now grant leave to travel based upon Tennebar being "summoned to the meeting" by a now-alleged employer. Accordingly, the

motion to travel is DENIED.

    IT IS SO ORDERED.


| August 14, 2018 | /s/John R. Adams |
|---|---|
| Date | JOHN R. ADAMS |
| | UNITED STATES DISTRICT JUDGE |